IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

Plaintiff,

v.

N/A COUNTY ROAD 53, KEENSEBURG, COLORADO

Defendant.

---

**VERIFIED AMENDED COMPLAINT FOR FORFEITURE *IN REM***

---

The United States of America, by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

JURISDICTION AND VENUE

1. The United States of America has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801 *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 28 U.S.C. § 1395, as the defendant property is located, and the acts described herein occurred, in the District of Colorado.

DEFENDANT PROPERTY

3. Defendant property is more fully described as follows:

N/A County Road 53, Keenseburg, Colorado, 80643, whose legal address is:

> LOT B OF AMENDED RECORDED EXEMPTION NO. 1305-17-4 RE-3503 RECORDED FEBRUARY 9, 2004 AT RECEPTION NO. 3152372, BEING LOCATED IN THE NORTH ½ OF THE SOUTEAST ¼ OF SECTION 17, TOWNSHIP 2 NORTH, RANGE 64 WEST OF THE 6th PM., COUNTY OF WELD, STATE OF COLORADO.

The property was purchased in July 18, 2016 for $200,000.00, and is titled in the name of Road53 LLC. It is believed to be unencumbered.

**Summary of Investigation**

4. The DEA Denver OCDETF Strike Force began investigating Jesus Arevalo Arvizo in May 2017 as part of an investigation into the trafficking and distribution of large amounts of cocaine across the country.

5. During the investigation, officers learned that Arevalo Arvizo and his associates utilize semi-tractor trailers, often with hidden compartments, to transport shipments of cocaine imported from sources of supply in the Republic of Mexico to various locations in the United States. Also, based on information obtained during this investigation, investigators believe Arevalo Arvizo and members of this drug trafficking organization utilize their various businesses to conceal (launder) these drug proceeds.

6. During this investigation, investigators have learned that Arevalo Arvizo currently resides at 1517 Bella Vista Drive, Platteville, Colorado; is the owner of Chuy's Equipment LLC and Rancho Promotions LLC; and is the registered agent of the El Rodeo Nightclub.[1]

---

[1] According to El Rodeo Nightclub's public website, the establishment is known for hosting popular Spanish language music groups.

**Cocaine Seizures from Arevalo Arvizo's Organization**

7. On October 9, 2017, based on interceptions from Arevalo Arvizo's phone, investigators seized 40 kilograms of cocaine from a tractor-trailer driven by Samuel Anchondo-Galaviz on southbound Interstate 285 at Cascade Road, Atlanta, Georgia. Based on intercepted phone calls, this load was intended to be delivered to Tommie Walker in Atlanta, Georgia.

8. Between November 8, 2017, and November 20, 2017, Arevalo Arvizo and Samuel Anchondo-Galaviz were arranging for a shipment of cocaine to be delivered to Tommie Walker in Atlanta, Georgia. On November 20, 2017, investigators intercepted this delivery and seized 40 kilograms of cocaine from a tractor-trailer driven by Jaime Anchondo-Perez on Interstate 40 at Mile Marker 174 in Pottawotamie County, Oklahoma.

9. Between November 30, 2017, and December 4, 2017, Arevalo Arvizo was arranging for a shipment of cocaine to be delivered to Tommie Walker in Atlanta, Georgia. On December 2-3, 2017, investigators intercepted this delivery and seized 40 kilograms of cocaine from a tractor-trailer driven by Jorge Alamillo in the area of a warehouse located at 609 Cordell Dr., Atlanta, Georgia.

10. Between December 2017 and March 2018, Arevalo Arvizo was arranging for a shipment of cocaine to be delivered to Tommie Walker in Atlanta, Georgia. On February 20-21, 2018, investigators stopped Ruben Peters after he had made a delivery of cocaine to Tommie Walker on February 17, 2018. During this stop, investigators seized 14 kilograms of cocaine from a tractor-trailer driven by Ruben Peters on the interstate in Tennessee.

**Arevalo Arvizo's Money Laundering Activities**

11. During this investigation, investigators learned that Arevalo Arvizo utilized associates to conduct financial transactions in such a manner as to conceal Arevalo Arvizo's own receipt of drug proceeds.

12. For example, between approximately November 2017, and February 2018, based on intercepted communications, and related financial documents and records, investigators determined that Arevalo Arvizo and his associate Jose Leal-Cervantes arranged for an unidentified male referred to as "Jamaican" to deposit amounts of U.S. currency into an account in the name of Raul Arevalo-Varela, a Colorado-based associate of Arevalo Arvizo. The intercepted communications indicated that Jamaican owed Arevalo Arvizo a substantial debt based upon Jamaican's receipt of illegal controlled substances.

13. From the analysis of financial records from Wells Fargo, in conjunction with related intercepted communications, investigators learned that between November 13, 2017, and February 15, 2018, Jamaican from the Wells Fargo branch in Middleburg, Florida, deposited U.S. currency, totaling $30,200.00 into a bank account controlled by Raul Arevalo-Varela. Specifically, investigators identified ten such transactions, in amounts varying between $1,400.00 and $5,000.00.

14. Arevalo Arvizo subsequently directed Raul Arevalo-Varela periodically to withdraw amounts of currency that corresponded with the amounts of currency previously deposited by Jamaican and then provide that money to Arevalo Arvizo.

15. Between January 1, 2016 and October 20, 2017, numerous deposits of currency were made into multiple financial accounts controlled by Arevalo Arvizo at

Wells Fargo and J.P. Morgan Chase Bank totaling approximately $374,000.00. These currency deposits were all conducted at branches of Wells Fargo and J.P. Morgan Chase Bank located with the State of Georgia and in close proximity to Tommie Walker.

**August 15, 2018 Post-Arrest Admission**

16. Pursuant to a State of Colorado arrest warrant served on August 15, 2018, Jesus Arevalo Arvizo provided the following post arrest statements.

17. Arevalo stated he had been brokering an average of two cocaine loads of forty to fifty kilograms each (80-100 kilograms of cocaine per month) to Tommie Walker in Atlanta, Georgia for approximately the past three years from different sources of supply in Mexico.

18. Arevalo's first load to Walker was approximately three years ago where he sent 20-25 kilograms of cocaine to Walker, who paid $31,000 in U.S. currency per kilogram.

19. After this first load, they started working together with Arevalo sending one to four loads a month (on average two) of 40-50 kilograms of cocaine each to Walker in Atlanta, Georgia.

**Defendant County Road 53**

20. On June 29, 2016, Lorena Vasquez, significant other to Jesus Arevalo, filed an Articles of Organization with the Colorado Secretary of State for Road53 LLC, with a principal filing address of 1517 Bella Vista Drive, Platteville, Colorado 80651.

21. July 18, 2016, Road53 LLC purchased defendant County Road 53 for $200,000.00.

22. On July 5, 2016, Lorena Vasquez opened FirstBank checking account # 5385 in the name of Road53 LLC (Road53 LLC account #5385).

23. Prior to the purchase of defendant County Road 53 on July 18, 2016, Road53 LLC account #5385 received over $192,000.00 in deposits between July 5 through July 12, 2016. These deposits were subsequently used to purchase defendant County Road 53.

***Funds from Rancho Promotions LLC***

24. On April 18, 2016, Jesus Arevalo filed Articles of Organization with Colorado Secretary of State for Rancho Promotions, LLC.

25. On April 18, 2016, Jesus Arevalo opened Wells Fargo account #0077 in the name of Rancho Promotions, LLC.

26. On June 29, 2016, Wells Fargo account #0077 received a $15,000.00 cash deposit. On June 30, 2016, a check for $10,000.00 was issued from Wells Fargo account #0077 to Land Title as a deposit for defendant County Road 53.

27. From June 29, 2016 to July 8, 2016, Rancho Promotions LLC Wells Fargo account # 0077 received an additional $50,000.00 cash deposit made by Gustavo Perez in Fairburn, Georgia.

28. On July 5, 2016, a $60,000.00 check # 1008 was issued from Wells Fargo account #0077 and deposited into Road53 LLC account #5385.

29. On July 12, 2016, a $50,000.00 check # 1011 was issued from Wells Fargo account #0077 and deposited into Road53 LLC account #5385.

***Funds flowing through Chuy's Equipment LLC***

30. On July 12, 2010, Jesus Arevalo filed Articles of Organization with the Colorado Secretary of State for Chuy's Equipment LLC. He also opened Wells Fargo account #5339 in the name of Chuy's Equipment LLC on September 15, 2015**.**

31. On July 8, 2016, Myrna Sanchez deposited $30,000.00 in cash into Wells Fargo account #5339 in Union City, Georgia. During this transaction, Myrna Sanchez represented herself as the supervisor at Chuy's Equipment LLC

32. On July 11, 2016, a cashier's check for $30,000.00 was deposited into Road53 LLC account #5385. This cashier's check was purchased in part with $15,000.00 in cash that had been withdrawn from Wells Fargo account #5339.

***Funds flowing through Lorena Vasquez's account***

33. On July 11, 2016, a USBank cashier's check for $20,000.00 was deposited into Road53 LLC account #5385. This cashier's check was issued from a checking account in the name of Lorena Vasquez, US Bank account #7184, to Road 53 LLC.

34. Prior to the issuance of this cashier's check, US Bank account #7184 had received two cashier's checks: $10,000.00 on May 10, 2016 from Jesus Arevalo, and $12,000.00 on May 24, 2016 from Lorena Vasquez.

35. Based on a review of bank statements for US Bank account #7184, these cashier's checks were unusual deposits into the account. US Bank account #7184 primarily received Lorena Vasquez's paychecks.

***Funds from Myrna Sanchez***

36. Specifically, on July 11, 2016, a cashier's check for $32,000.00 was deposited into Road53 LLC account #5385. This cashier's check was purchased by Myrna Sanchez in Brighton, Colorado.

VERIFICATION OF MICHAEL GUTKE, TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION

I, Task Force Officer Michael Gutke, hereby state and aver under the pain and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Michael Gutke
Task Force Officer – DEA

STATE OF COLORADO )
)
COUNTY OF Arapahoe )

The foregoing was acknowledged before me this 21 day of September 2018 by Michael Gutke, Task Force Officer, Drug Enforcement Administration.

JASON DELUCA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20154022846
MY COMMISSION EXPIRES JUNE 10, 2019

Notary Public - Colorado
My Commission Expires: June 10, 2019

FIRST CLAIM FOR RELIEF

37. The Plaintiff repeats and incorporates by reference the paragraphs above.

38. By the foregoing and other acts, defendant N/A County Road 53, Keenseburg, Colorado, 80643 constitutes proceeds traceable to an exchange of controlled substances, and money used or intended to be used to facilitate violations of 21 U.S.C. § 801, *et seq*., and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

SECOND CLAIM FOR RELIEF

39. The Plaintiff repeats and incorporates by reference the paragraphs above.

40. By the foregoing and other acts, defendant N/A County Road 53, Keenseburg, Colorado, 80643 constitutes real property involved in, or property traceable thereto, the commission of violations of 18 U.S.C. §§ 1956 and 1957, *et seq*., and therefore is forfeitable to the United States pursuant to 19 U.S.C. § 981(a)(1)(A).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 24th day of September, 2018

.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By: s/Tonya S. Andrews

Tonya S. Andrews
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*